# United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8–18–72852–reg |
| Doreen Hoffman | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 11 |
| xxx–xx–0671 | |
| DEBTOR(s) | |

## NOTICE OF DEFICIENT FILING – CHAPTER 11 INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above–referenced debtor(s) on April 26, 2018, did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition For Individuals Filing For Bankruptcy (Official Form 101) (Signed) (Original)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro–Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to E.D.N.Y. LBR 1007–3
- ☐ Statement About Your Social Security Numbers (Official Form 121)
- ☑ Certificate of Credit Counseling *or* Motion Requesting Exemption or Waiver
- ☐ Statement Pursuant to E.D.N.Y. LBR 1073–2(b)
- ☐ Notice Required by 11 U.S.C. § 342(b) for Individuals Filings for Bankruptcy (Official Form 2010) – Part 7 of Voluntary Petition Not Signed
- ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form 2800)
- ☐ For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104) (Signed by Debtor)
- ☑ Affidavit Pursuant to E.D.N.Y. LBR 1007–4

**DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION**

- ☐ Disclosure of Compensation of Attorney for Debtor 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Official Form 2030)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☐ Schedule A/B (Property) (Official Form 106A/B)

**[Continued on other side of page]**

- ☐ Schedule C (The Property You Claim as Exempt) (Official Form 106C)
- ☐ Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 106D)
- ☐ Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)
- ☐ Schedule G (Executory Contracts and Unexpired Leases) (Official Form 106G)
- ☐ Schedule H (Your Codebtors) (Official Form 106H)
- ☐ Schedule I (Your Income) (Official Form 106I)
- ☐ Schedule J (Your Expenses) (Official Form 106J)
- ☐ Schedule J−2 (Expenses for Separate Household of Debtor 2) (If Applicable) (Official Form 106J−2)
- ☐ Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)
- ☐ Chapter 11 Statement of Current Monthly Income (Official Form 122B)
- ☑ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number)
- ☐ Most recent balance sheet, statement of operations, cash flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business – If you are self−employed and your debts are less than $2,490,925) **(Due Within 7 Days)**

## YOUR CASE MAY BE DISMISSED IF
## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT Certification About a Financial Management Course (Official Form 423)**, if applicable, is required if the debtor is an individual and § 1141(d)(3) applies. The Certification About a Financial Management Course should not be filed if an approved provider has already notified the court of the debtor's completion of the course. The Certification About a Financial Management Course must be filed no later than the date of the last payment under the plan or the filing of a motion for a discharge under § 1141(d)(5)(B), 11 U.S.C. § 1141(d)(3) and Fed. R. Bankr. P. 1007(b)(7), (c). If the Certification About a Financial Management Course is **not filed within the allotted time, a discharge will not be issued and the case will be closed.**

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service, and Securities and Exchange Commission (see addresses on the next page).

**[Continued on other side of page]**

| **BROOKLYN CASES** | **CENTRAL ISLIP CASES** |
|---|---|
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014 | Office of the United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 |
| Securities & Exchange Commission<br>Northeast Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, New York 10279 | Securities & Exchange Commission<br>Northeast Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, New York 10279 |

Dated: April 30, 2018                                                                                       For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef11a1r.jsp** [Notice of Deficient Filing Chapter 11 Individual effective 12/1/2015]