# Notice Recipients

District/Off: 0207−8    User: csmall    Date Created: 4/30/2018
Case: 8−18−72852−reg    Form ID: 763    Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Doreen Hoffman          163 Roe Avenue          Patchogue, NY 11772
aty         John Fazzio          Fazzio Law          26 Broadway          21st Floor          New York, NY 10004
smg         United States Trustee          Office of the United States Trustee          Long Island Federal Courthouse          560 Federal Plaza          Central Islip, NY 11722−4437

TOTAL: 3