```
                        United States Bankruptcy Court
                         Eastern District of New York
```

In re:                                                          Case No. 18-72852-reg
Doreen Hoffman                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8           User: csmall              Page 1 of 1                Date Rcvd: Apr 30, 2018
                               Form ID: 763              Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2018.
db             +Doreen Hoffman,    163 Roe Avenue,    Patchogue, NY 11772-5739
aty            +John Fazzio,    Fazzio Law,    26 Broadway,    21st Floor,    New York, NY 10004-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Apr 30 2018 18:35:00      United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,    560 Federal Plaza,
                 Central Islip, NY 11722-4456
                                                                                              TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2018                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2018 at the address(es) listed below:
              United States Trustee   USTPRegion02.LI.ECF@usdoj.gov
                                                                                              TOTAL: 1

# United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:  CASE NO: 8–18–72852–reg

    Doreen Hoffman

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:  CHAPTER: 11

    xxx–xx–0671

                DEBTOR(s)

---

## NOTICE OF DEFICIENT FILING – CHAPTER 11 INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on April 26, 2018, did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition For Individuals Filing For Bankruptcy (Official Form 101) (Signed) (Original)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to E.D.N.Y. LBR 1007−3
- ☐ Statement About Your Social Security Numbers (Official Form 121)
- ☑ Certificate of Credit Counseling *or* Motion Requesting Exemption or Waiver
- ☐ Statement Pursuant to E.D.N.Y. LBR 1073−2(b)
- ☐ Notice Required by 11 U.S.C. § 342(b) for Individuals Filings for Bankruptcy (Official Form 2010) – Part 7 of Voluntary Petition Not Signed
- ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form 2800)
- ☐ For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders (Official Form 104) (Signed by Debtor)
- ☑ Affidavit Pursuant to E.D.N.Y. LBR 1007−4

**DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION**

- ☐ Disclosure of Compensation of Attorney for Debtor 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Official Form 2030)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☐ Schedule A/B (Property) (Official Form 106A/B)

**[Continued on other side of page]**

| | |
|---|---|
| ☐ | Schedule C (The Property You Claim as Exempt) (Official Form 106C) |
| ☐ | Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 106D) |
| ☐ | Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F) |
| ☐ | Schedule G (Executory Contracts and Unexpired Leases) (Official Form 106G) |
| ☐ | Schedule H (Your Codebtors) (Official Form 106H) |
| ☐ | Schedule I (Your Income) (Official Form 106I) |
| ☐ | Schedule J (Your Expenses) (Official Form 106J) |
| ☐ | Schedule J−2 (Expenses for Separate Household of Debtor 2) (If Applicable) (Official Form 106J−2) |
| ☐ | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| ☐ | Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107) |
| ☐ | Chapter 11 Statement of Current Monthly Income (Official Form 122B) |
| ☑ | Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number) |
| ☐ | Most recent balance sheet, statement of operations, cash flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business − If you are self−employed and your debts are less than $2,490,925) **(Due Within 7 Days)** |

# YOUR CASE MAY BE DISMISSED IF
# YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT Certification About a Financial Management Course (Official Form 423)**, if applicable, is required if the debtor is an individual and § 1141(d)(3) applies. The Certification About a Financial Management Course should not be filed if an approved provider has already notified the court of the debtor's completion of the course. The Certification About a Financial Management Course must be filed no later than the date of the last payment under the plan or the filing of a motion for a discharge under § 1141(d)(5)(B), 11 U.S.C. § 1141(d)(3) and Fed. R. Bankr. P. 1007(b)(7), (c). If the Certification About a Financial Management Course is **not filed within the allotted time, a discharge will not be issued and the case will be closed.**

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service, and Securities and Exchange Commission (see addresses on the next page).

**[Continued on other side of page]**

| **BROOKLYN CASES** | **CENTRAL ISLIP CASES** |
|---|---|
| Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, New York 10014 | Office of the United States Trustee<br>Long Island Federal Courthouse<br>560 Federal Plaza<br>Central Islip, New York 11722 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101–7346 |
| Securities & Exchange Commission<br>Northeast Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, New York 10279 | Securities & Exchange Commission<br>Northeast Regional Office<br>Woolworth Building<br>233 Broadway<br>New York, New York 10279 |

Dated: April 30, 2018                                                    For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef11a1r.jsp** [Notice of Deficient Filing Chapter 11 Individual effective 12/1/2015]