```
                              United States Bankruptcy Court
                               Eastern District of New York

In re:                                                                    Case No. 18-72852-reg
Doreen Hoffman                                                            Chapter 11
        Debtor                       CERTIFICATE OF NOTICE

District/off: 0207-8           User: mtagle                Page 1 of 2              Date Rcvd: May 04, 2018
                               Form ID: pdfall             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db             +Doreen Hoffman,    163 Roe Avenue,    Patchogue, NY 11772-5739
aty            +John Fazzio,    Fazzio Law,    26 Broadway,    21st Floor,    New York, NY 10004-1809
9257995        +AMCMA,    4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
9257997        +Atlantic Credit & Finance,    PO Box 2001,    Warren, MI 48090-2001
9258000        +Debt Recovery/Pendrick Capital,    PO Box 9003,    Syosset, NY 11791-9003
9258001        +Excluder Security Systems,    PO Box 1286,    Massapequa, NY 11758-0905
9258002        +Fazzio Law,   164 Franklin Turnpike,    Mahwah, NJ 07430-1399
9258003        +Henry Weinstein,    37 Maple Ave.,   Cedarhurst, NY 11516-2221
9258004        +Joyce Ciccone,    9337 Santa Monica Way,    New Port Richey, FL 34655-5711
9258006        +LI Anesthesiologist 3 Boyle Road,    Selden, NY 11784-4000
9258005         Lenox Hill Hospital,    c/o Automated Financial,    4505 Veterans Mern Hwy, Ste H,
                 Lake Ronkonkoma, NY 11779
9258007        +Linda Cerami,    107 Laurel Street,   Patchogue, NY 11772-3554
9258008        +Mullen & Iannarone PC,    300 East Main Street,    Smithtown, NY 11787-2921
9258009         N.Y. State Dept of Taxation,    NYS Assessment Receivables,    PO Box 4127,
                 Binghamton, NY 13902-4127
9258010        +National Grid,    PO Box 11791,   Newark, NJ 07101-4791
9258011        +New City Funding Corp.,    PO Box 121,    Stony Point, NY 10980-0121
9258014        +PSEG-LI,    Po Box 888,   Hicksville, NY 11802-0888
9258015         Quest Diagnostics,    PO Box 7308,   Hollis MO 65673-7308
9258017        +RT Financial (Langone Medical),    2 Teleport Dr, Suite 302,    Staten Island, NY 10311-1004
9258016        +Rainman Irrigation Inc,    840 Lincoln Ave, Unit 10,    Bohemia, NY 11716-4108
9258018        +Rushmore Loan Management,    PO Box 52708,    Irvine, CA 92619-2708
9258019        +Stewart Brody DDS,    c/o Richard Sokoloff Esq,    900 S. 2nd Street, Suite 1,
                 Ronkonkoma, NY 11779-7232
9258020         Suffolk County Water,    2045 Route 1112, Suite 5,    Coram, NY 11727
9258022        +USBank NA as LegalTitleTruitee,    200 Business Park Drive,    Armonk, NY 10504-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9257996        +E-mail/Text: bkrpt@retrievalmasters.com May 04 2018 18:29:11      American Medical Collection,
                 4 Westchester Plaza,    Elmsford NY 10523-1615
9257998        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 04 2018 18:29:24
                 Credit Collections Services,    725 Canton Street,    Norwood, MA 02062-2679
9257999        +E-mail/PDF: creditonebknotifications@resurgent.com May 04 2018 18:32:59      Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
9262934         E-mail/PDF: resurgentbknotifications@resurgent.com May 04 2018 18:32:48
                 LVNV Funding, LLC its successors and assigns as,     assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
9262924         E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 04 2018 18:29:25
                 New York State Department of Taxation & Finance,    Bankruptcy Section,    P O Box 5300,
                 Albany New York 12205-0300
9258013        +E-mail/Text: bcwrtoff@cablevision.com May 04 2018 18:29:25      Optimum Cable Vision,
                 1111 Stewart Ave.,    Bethpage, NY 11714-3581
9258021         E-mail/Text: cio.bncmail@irs.gov May 04 2018 18:29:03      U.S. Internal Revenue Service,
                 PO Box 804527,    Cincinnati, OH 45280-4527
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9258012*       +New City Funding Corp.,    PO Box 121,    Stony Point, NY 10980-0121
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                        Signature:  /s/Joseph Speetjens

District/off: 0207-8          User: mtagle              Page 2 of 2            Date Rcvd: May 04, 2018
                              Form ID: pdfall           Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:
        United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                                                                    TOTAL: 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re: DOREEN HOFFMAN,                    Chapter 11

                                                             Case No. 18-72852-reg

                                Debtor.
-------------------------------------------------------------x

### ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

_____Doreen Hoffman_____ (the "Debtor") having filed a petition for reorganization under chapter 11 of the Bankruptcy Code on ____April 26, 2018____, and the Court having determined that a Case Management Conference will aid in the efficient conduct and proper administration of the case, it is

**ORDERED**, pursuant to 11 U.S.C. § 105(d), that a Case Management Conference will be conducted by the undersigned Bankruptcy Judge in __860__, United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11791, on ____June 25, 2018____, at __1:30 pm__, and it is further

**ORDERED**, that the Debtor, or an authorized representative of the Debtor, and counsel for the Debtor, shall be present at this Case Management Conference and shall be prepared to discuss, as applicable, at the Court's direction, the following matters:

1. the nature of the Debtor's business and the reason for the chapter 11 filing;
2. the Debtor's current financial condition, including post-petition operations and revenue;
3. debtor-in-possession financing;
4. the use of cash collateral;
5. any significant motions which the debtor anticipates bringing before the Court including, but not limited to, sale motions;
6. matters relating to the retention of professionals (including any brokers or appraisers);
7. the status of any litigation involving the Debtor;
8. the status of the Debtor's insurance;
9. deadlines for the filing of claims and a plan and disclosure statement;
10. the use of alternative dispute resolution, if appropriate;
11. if this is a single asset real estate case, whether the Debtor intends to file a plan within the time allotted pursuant to § 362(d)(3), or whether the Debtor intends to commence adequate protection payments;
12. if this is a small business case, whether the Debtor anticipates being able to satisfy the deadlines provided by § 1121(e);

13. if this is an individual case, all issues unique to individual chapter 11 cases;
14. the scheduling of additional Case Management Conferences; and
15. any other case administrative matters, and it is further

**ORDERED**, that the Debtor shall file with the Court, and serve upon the Office of the United States Trustee, monthly operating reports during the pendency of this case; that the operating reports shall be in the form prescribed by the Office of the United States Trustee's Operating Guidelines and Reporting Requirements for Debtors-in-Possession and Trustees for cases pending in this District; and that the operating reports shall be served and filed on or before the 20th day of the month following the reporting period, and it is further

**ORDERED**, that unexcused failure to attend any Case Management Conference or to file timely monthly operating reports in compliance with this Order may constitute cause for conversion of this case to chapter 7 or dismissal of this case pursuant to 11 U.S.C. § 1112, and it is further

**ORDERED**, that the Clerk of the Court give notice of this Order to the Debtor, its counsel, the United States Trustee and all creditors and parties in interest.

**Dated: Central Islip, New York**
**May 3, 2018**

**Robert E. Grossman**
**United States Bankruptcy Judge**