| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| John P. Fazzio III, Esq.<br>Fazzio Law Offices<br>26 Broadway<br>21st Floor<br>New York, NY 10004<br>(201) 529-8024<br><br>Thaddeus R. Maciag, Esq.<br>MACIAG LAW, LLC<br>475 Wall Street<br>Princeton, New Jersey 08540<br>(908) 704-8800<br><br>*Proposed Counsel to the Debtor-in-Possession* | |
| In re:<br><br>DOREEN HOFFMAN<br><br>Debtor-in-Possession. | Case No.: 8-18-72852<br><br>Chapter 11<br><br>Judge:Hon. Robert E. Grossman |

## DEBTOR'S DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF SUFFOLK     )

I, Doreen Hoffman, declare as follows:

1. I am an individual Chapter 11 Debtor-in-Possession, and I submit this application in accordance with Local Bankruptcy Rule 1007-4 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York. I am not a small business debtor within the meaning of 11 U.S.C. §101(51D). *LBR 1007-4(a)(I)*

### INTRODUCTION

2. I am a wage earner. I filed the instant petition for Chapter 11 Reorganization because my

residence at 163 Roe Avenue, Patchogue, New York 11772, was about to be sold in a foreclosure sale. The lengthy, lingering terminal illness of my husband, and his passing away, wiped out much of our savings, and reduced our monthly income, causing our home to go into foreclosure *LBR 1007-4(a)(ii)*.

3. This case was not originally commenced under Chapter 7, 12 or 13 . *LBR 1007-4(a)(iii)*.

4. No Committee was formed prior to the entry of the order for relief in this case. *LBR 1007-4(a)(iv)*.

5. A true List of my 20 Largest Creditors was filed contemporaneously with the instant Petition, on April 26, 2018. *LBR 1007-4(a)(v)*.

6. A true List of Secured Creditors was filed as Schedule D with the instant Petition, on April 26, 2018. My 163 Roe Avenue, Patchogue, NY property is valued at approximately $427,500.00 and according to the first mortgagee, Wells Fargo Bank, N.A. as Servicer for U.S. Bank National Association, there is a claim by said first mortgagee for approximately $665,258.0. There is also a second mortgage to Henry Weinstein in the approximate amount of $100,000.00, which is wholly unsecured given the senior lien of the first mortgagee. *LBR 1007-4(a)(vi)*.

7. A true Summary of my Assets and Liabilities, as detailed at Schedules A, B, D, E, and F, was filed contemporaneously with the instant Petition, on April 26, 2018. The 163 Roe Avenue, Patchogue, NY property is valued at approximately $427,500.00 and according to the first mortgagee, Wells Fargo Bank, N.A. as Servicer for U.S. Bank National Association, there is a claim by said first mortgagee for approximately $665,258.0. There is also a second mortgage to Henry Weinstein in the approximate amount of $100,000.00, which is wholly unsecured given the senior lien of the first mortgagee . *LBR 1007-4(a)(vii)*.

8. I, the Debtor, am an individual; thus there are no shares of stock or debentures, or other securities of the Debtor. *LBR 1007-4(a)(viii)*.

9. None of my property is presen5tly in the possession of custody of a custodian. *LBR 1007-4(a)(ix)*.

10. I am a wage earner, and thus do not operate a business from any premises. *LBR 1007-4(a)(x)*.

11. My assets, books and records, are located at my home, at 163 Roe Avenue, Patchogue, NY (other than the financial accounts on deposit at the respective financial institutions set forth on Schedules A/B filed contemporaneously with the Petition, as incorporated herein by reference). I hold no assets outside of the territorial limits of the United States. *LBR 1007-4(a)(xi)*.

12. The only action or proceeding is the foreclosure action "U.S. Bank, N.A., as Legal Title Trustee for Truman 2013 SC3 Title Trust, Plaintiff vs. Doreen Hoffman, et al., Defendants", as presently pending in the Supreme Court of the State of New York, County of Suffolk, Index No. 070274/2014, which is a foreclosure action brought by the First Mortgagee on my residence at 163 Roe Avenue, Patchogue, NY. *LBR 1007-4(a)(xii)*.

13. I am an individual and a wage earner; thus there are no senior management personnel of the Debtor. *LBR 1007-4(a)(xiii)*.

14. I am an individual and a wage earner; thus I have no weekly payroll to employees, officers, directors, etc. *LBR 1007-4(a)(xiv)*.

15. I am an individual and a wage earner; thus there are and were no amounts paid or proposed to be paid to officers, directors, partners, or financial consultants during the 30-day period after filing this Petition. *LBR 1007-4(a)(xv)*.

16. I am an individual and a wage earner; thus the estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition,

net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees is as set forth in Schedules I and J, as filed contemporaneously with the instant Petition on April 26, 2018. *LBR 1007-4(a)(xvi)*.

17. It is my desire to use the Chapter 11 Reorganization process to restructure and reorganize my financial affairs and my property, including my real property at 163 Roe Avenue, Patchogue, New York (of which I am now sole owner given that my husband recently passed away). It is my intent to try to keep this real property. The needs and interests of my creditors will best be served by my continued management of my financial affairs as Debtor-in-Possession under Chapter 11 of the Code, until confirmation of a reorganization plan. *LBR 1007-4(a)(xvii)*.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 21, 2018

/s/ Doreen Hoffman
DOREEN HOFFMAN
Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Doreen Hoffman<br><br>Debtor(s) | Chapter 11<br><br>Bankruptcy Case: 18--72852 |

## **AFFIDAVIT OF SERVICE**

      I, John P. Fazzio III, hereby affirm, under the penalty of perjury, that a true and correct copy of the within Rule 1007 Affidavit, Notice of Motion to Admit Counsel Pro Hac Vice with Affidavit and Proposed Order, Notice of Motion Employ Bankruptcy Counsel Thaddeus R. Maciag as Co-Counsel with Application, Affirmation, and Proposed Form of Order, together with this Certificate, was sent by first class, postage prepaid mail on the Creditor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

| | |
|---|---|
| Henry Weinstein<br>37 Maple Avenue<br>Cedarhurst, NY 11516 | via ECF and First Class Mail |
| New City Funding Corp.<br>PO Box 121<br>Stony Point, NY 10980 | via ECF and First Class Mail |
| Rushmore Loan Management<br>PO Box 52708<br>Irvine, CA 92619 | via ECF and First Class Mail |
| Suffolk County Water<br>2045 Route 1112, Suite 5<br>Coram, NY 11727 | via ECF and First Class Mail |
| US Bank NA as Legal Title Trustee<br>200 Business Park Drive<br>Armonk, NY 10504 | via ECF and First Class Mail |
| U.S. Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280-4527 | via ECF and First Class Mail |
| AMCMA<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | via ECF and First Class Mail |
| American Medical Collection<br>4 Westchester Plaza | via ECF and First Class Mail |

Elmsford, NY 10523

| | |
|---|---|
| Credit Collections Services<br>725 Canton Street<br>Norwood, MA 02062 | via ECF and First Class Mail |
| Credit One Bank<br>PO Box 60500<br>City of Industry, CA 91715 | via ECF and First Class Mail |
| Excluder Security Systems<br>PO Box 1286<br>Massapequa, NY 11758 | via ECF and First Class Mail |
| Fazzio Law Offices<br>164 Franklin Turnpike<br>Mahwah, NJ 07430 | via ECF and First Class Mail |
| Joyce Ciccone<br>9337 Santa Monica Way<br>New Port Richey, FL 34655 | via ECF and First Class Mail |
| Lennox Hill Hospital<br>co-Automated Financial<br>4505 Veterans Mem. Hwy, Ste H<br>Lake Ronkonkoma, NY 11779 | via ECF and First Class Mail |
| LI Anesthesiologist<br>3 Boyle Road<br>Selden, NY 11784 | via ECF and First Class Mail |
| Linda Cerami<br>107 Laurel Street<br>Patchogue, NY 11772 | via ECF and First Class Mail |
| Mullen & Iannarone PC<br>300 East Main Street<br>Smithtown, NY 11787 | via ECF and First Class Mail |
| NY State Dept. of Taxation<br>NYS Assessment Receivables<br>PO Box 4127<br>Binghamton, NY 13902-4127 | via ECF and First Class Mail |
| National Grid<br>PO Box 11791<br>Newark, NJ 07101 | via ECF and First Class Mail |
| Optimum Cable Vision<br>1111 Stewart Ave.<br>Bethpage, NY 11714 | via ECF and First Class Mail |
| PSEG-LI<br>PO Box 888<br>Hicksville, NY 11802 | via ECF and First Class Mail |

Quest Diagnostics  
PO Box 7308  
Hollister, MO 65673-7308

via ECF and First Class Mail

Stewart Brody DDS  
c-o Richard Sokoloff Esq.  
900 S. 2nd Street, Suite 1  
Ronkonkoma, NY 11779

via ECF and First Class Mail

Date: 06/21/2018       BY:  FAZZIO LAW OFFICES

/s/ John P. Fazzio III, Esquire  
Fazzio Law Offices  
164 Franklin Tpke  
Mahwah, NJ 07430  
Tel. 201-529-8024  
*Attorney for Debtor*