UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In Re:

    DOREEN HOFFMAN,

        Debtor-in-Possession.

-------------------------------------------------------------------x

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Bankruptcy No. 8-18-72852-reg

    **PLEASE TAKE NOTICE** that, upon the annexed affidavit of movant in support of this motion, applicant will move this Court before the Honorable <u>Robert E. Grossman</u> at the United States Bankruptcy Court, located at <u>290 Federal Plaza, P.O. Box 9013, Central Islip, New York 11722-9013</u>, pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Eastern District of New York, District Court Local Rule 1.3(c), and District Court Administrative Order 97-13, for an Order allowing the admission of movant, a member of the firm of <u>Maciag Law LLC</u> and a member in good standing of the Bar of the State(s) of <u>New Jersey</u>, and or the U.S. District Court for the _____ District of <u>New Jersey</u>, as attorney pro hac vice to argue or try this case in whole or in part as counsel.

                                      Respectfully submitted,

                                      /s/ Thaddeus R. Maciag
                                        (Signature of Movant)

                                    THADDEUS R. MACIAG, Esq.
                                      (Print or Type Name)

Dated: 6/19/2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

        DOREEN HOFFMAN,

        Debtor-in-Possession.

-------------------------------------------------------------x

AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT COUNSEL
*PRO HAC VICE*

Case Number: 8-18-72852-reg
Chapter: 11

_____Thaddeus R. Maciag_____, being duly sworn, hereby deposes and says as follows:

1. I am (a/an) __Member__ with the law firm of __Maciag Law LLC__.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of __New Jersey (and also of the U.S. District Court, D.N.J., and the U.S. Third Circuit)__.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not been** convicted of a felony. [*If you circled "have," please describe facts and circumstances.*] __- HAVE NOT -__

6. I [circle one] **have** or **have not been** censured, suspended, disbarred or denied admission or readmission by any court, [*If you circled "have," please describe facts and circumstances.*] __- HAVE NOT-__

1

7. Wherefore you affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff/Defendant  Doreen Hoffman, Debtor-in-Possession      .

Dated: **June 19, 2018**

                                                      /s/ **Thaddeus R. Maciag**
Signature of Movant
Firm Name **Maciag Law LLC**
Address **475 Wall Street**
        **Princeton, NJ 08540**
Email  **Maciag Law1@aol.com**
Phone

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **THADDEUS R MACIAG** (No. **028411981**) was constituted and appointed an Attorney at Law of New Jersey on **October 05, 1981** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **2ND** day of **March**, 20**17**

*Clerk of the Supreme Court*

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:
    DOREEN HOFFMAN,

                  Debtor

Case No.: 8-18-72852-reg

Chapter 11

-----------------------------------------------------------x

                  Plaintiff

                v.

                  Defendant

Adversary Proceeding No.:   n/a

-----------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of __Thaddeus R. Maciag, Esq.__, to be admitted, *pro hac vice*, to represent __Doreen Hoffman__, (the "Client") a __Debtor-in-Possession__ in the above referenced ☑case ☐dversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __New Jersey__ and, if applicable, the bar of the U.S. District Court for the _____ District of __New Jersey__, it is hereby

    **ORDERED**, that __Thaddeus R. Maciag, Esq.__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑case ☐dversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York         /s/ _____

                                          UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| Doreen Hoffman | Bankruptcy Case: 18--72852 |
| Debtor(s) | |

## AFFIDAVIT OF SERVICE

      I, John P. Fazzio III, hereby affirm, under the penalty of perjury, that a true and correct copy of the within Rule 1007 Affidavit, Notice of Motion to Admit Counsel Pro Hac Vice with Affidavit and Proposed Order, Notice of Motion Employ Bankruptcy Counsel Thaddeus R. Maciag as Co-Counsel with Application, Affirmation, and Proposed Form of Order, together with this Certificate, was sent by first class, postage prepaid mail on the Creditor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

| | |
|---|---|
| Henry Weinstein<br>37 Maple Avenue<br>Cedarhurst, NY 11516 | via ECF and First Class Mail |
| New City Funding Corp.<br>PO Box 121<br>Stony Point, NY 10980 | via ECF and First Class Mail |
| Rushmore Loan Management<br>PO Box 52708<br>Irvine, CA 92619 | via ECF and First Class Mail |
| Suffolk County Water<br>2045 Route 1112, Suite 5<br>Coram, NY 11727 | via ECF and First Class Mail |
| US Bank NA as Legal Title Trustee<br>200 Business Park Drive<br>Armonk, NY 10504 | via ECF and First Class Mail |
| U.S. Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280-4527 | via ECF and First Class Mail |
| AMCMA<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | via ECF and First Class Mail |
| American Medical Collection<br>4 Westchester Plaza | via ECF and First Class Mail |

Elmsford, NY 10523

Credit Collections Services      via ECF and First Class Mail
725 Canton Street
Norwood, MA 02062

Credit One Bank      via ECF and First Class Mail
PO Box 60500
City of Industry, CA 91715

Excluder Security Systems      via ECF and First Class Mail
PO Box 1286
Massapequa, NY 11758

Fazzio Law Offices      via ECF and First Class Mail
164 Franklin Turnpike
Mahwah, NJ 07430

Joyce Ciccone      via ECF and First Class Mail
9337 Santa Monica Way
New Port Richey, FL 34655

Lennox Hill Hospital      via ECF and First Class Mail
co-Automated Financial
4505 Veterans Mem. Hwy, Ste H
Lake Ronkonkoma, NY 11779

LI Anesthesiologist      via ECF and First Class Mail
3 Boyle Road
Selden, NY 11784

Linda Cerami      via ECF and First Class Mail
107 Laurel Street
Patchogue, NY 11772

Mullen & Iannarone PC      via ECF and First Class Mail
300 East Main Street
Smithtown, NY 11787

NY State Dept. of Taxation      via ECF and First Class Mail
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

National Grid      via ECF and First Class Mail
PO Box 11791
Newark, NJ 07101

Optimum Cable Vision      via ECF and First Class Mail
1111 Stewart Ave.
Bethpage, NY 11714

PSEG-LI      via ECF and First Class Mail
PO Box 888
Hicksville, NY 11802

Quest Diagnostics
PO Box 7308
Hollister, MO 65673-7308

via ECF and First Class Mail

Stewart Brody DDS
c-o Richard Sokoloff Esq.
900 S. 2nd Street, Suite 1
Ronkonkoma, NY 11779

via ECF and First Class Mail

                          FAZZIO LAW OFFICES

Date: 06/21/2018         BY:    /s/ John P. Fazzio III, Esquire
                                     Fazzio Law Offices
                                     164 Franklin Tpke
                                     Mahwah, NJ 07430
                                     Tel. 201-529-8024
                                     *Attorney for Debtor*