Return Date: July 23, 2015, at 1:30pm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    DOREEN HOFFMAN,

Case No. 8-18-72852-reg
Chapter 11

                Debtor(s)
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of

Doreen Hoffman, Debtor-in-Possession, a hearing will be held before the Hon.

Robert E. Grossman, Bankruptcy Judge, to consider the motion for an Order

granting relief as follows:

Motion to Employ Bankruptcy Counsel, Thaddeus R. Maciag, Esq., Maciag Law LLC, as co-counsel to the Debtor-in-Possession.

Date and time of hearing: July 23, 2018, 1:30pm
Location: U.S. Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11790
Courtroom # 860, _____ Floor

Dated: June 20, 2018

Signature: /s/ John P. Fazzio

Print name: John P. Fazzio, Esq.
Address: 26 Broadway, 21st Floor
New York, NY 10004
Phone: 201-529-8024
Email: jfazzio@fazziolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

       DOREEN HOFFMAN,                                Case No. 8-18-72852-reg
                                                                              Chapter 11

                                   Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

**TO THE HON.** _Robert E. Grossman_, **Bankruptcy Judge**

I, _Doreen Hoffman, Debtor-in-Possession_, _____, make this application in support of my motion for the following relief:

To Employ Bankruptcy Counsel, John P. Fazzio Esq., Fazzio Law, as counsel to the Debtor.

In support of this motion, I hereby allege as follows:

Thaddeus R. Maciag Esq. is admitted to the Bar in New Jersey and is an experienced litigator who is highly experienced in Chapter 11 Bankruptcy. Mr. Maciag has served as Lead Attorney to the Debtor-in-Possession in more than 95 Chapter 11 Reorganization cases. He has filed an application for Admission Pro Hac Vice in this Court; he will be assisted in this case by local New York counsel John P. Fazzio Esq. Per my agreement with Mr. Maciag and Mr. Fazzio, that they will not be duplicating work on this case, nor will they be billing me for inter-attorney discussions between them.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: 6/20/2018                                                         _[signature]_
                                                                       Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    DOREEN HOFFMAN,                                       Case No. 8-18-72852-reg
                                                                       Chapter 11

                                Debtor(s)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on  JUNE 21, 2018 , a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Dated: June 20, 2018

Signature

| UNITED STATES BANKRUPTCY COURT |
| EASTERN DISTRICT OF NEW YORK |

| Thaddeus R. Maciag, Esq. | |
|---|---|
| MACIAG LAW, LLC | |
| 475 Wall Street | |
| Princeton, New Jersey 08540 | |
| (908) 704-8800 | |
| *Proposed Counsel to the Debtor-in-Possession* | |
| In re: | Case No.: 8-18-72852-reg |
| DOREEN HOFFMAN, | Chapter 11 |
| Debtor-in-Possession. | Judge: Hon. Robert E. Grossman |

## ORDER
## AUTHORIZING THE DEBTOR TO EMPLOY
## MACIAG LAW, LLC AS COUNSEL FOR THE DEBTOR

Upon the Application of Doreen Hoffman, the debtor and debtor-in-possession herein (the "Debtor"), requesting authorization to retain Maciag Law, LLC, to represent the Debtor herein, and further upon the Declaration of Thaddeus R. Maciag, Esq. as annexed to the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that Maciag Law LLC represents no interest adverse to the Debtor or its creditors herein, and that its employment is necessary and in the best interest of the estate, and after due deliberation and sufficient cause appearing therefore, it is

ORDERED, that the Application is granted as set forth herein, and it is further

ORDERED that, pursuant to § 327(a) of the Bankruptcy Code, the Debtor is authorized to retain Maciag Law LLC as attorneys in this case, nunc pro tunc to April 26, 2018; and it is further

ORDERED that the compensation and reimbursement of expenses of Maciag Law LLC shall be sought upon, and paid only upon an order granting, a proper application pursuant to §§330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules and fee and expense guidelines and orders of this Court; and it is further

ORDERED that at least ten days before implementing any increase in the rates of Maciag Law LLC's professionals providing services in this case, Maciag Law LLC shall file and serve on the United States Trustee and any official committee a supplemental affidavit providing justification for any such rate increases and stating whether the Debtor has agreed to them. All parties in interest retain the right to object to any rate increase on any grounds; and it is further

ORDERED, that Maciag Law LLC shall apply any remaining amounts of its prepetition retainer, if any, as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to the first order of the Court awarding fees and expenses to the Firm; and it is further.

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

ORDERED that if there is any inconsistency between the terms of this Order, the Application, and the supporting Affidavit, the terms of this Order shall govern.

Dated: Central Islip, New York _____, 2018

_____
Hon. ROBERT E. GROSSMAN
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| Doreen Hoffman | Bankruptcy Case: 18--72852 |
| Debtor(s) | |

## AFFIDAVIT OF SERVICE

    I, John P. Fazzio III, hereby affirm, under the penalty of perjury, that a true and correct copy of the within Rule 1007 Affidavit, Notice of Motion to Admit Counsel Pro Hac Vice with Affidavit and Proposed Order, Notice of Motion Employ Bankruptcy Counsel Thaddeus R. Maciag as Co-Counsel with Application, Affirmation, and Proposed Form of Order, together with this Certificate, was sent by first class, postage prepaid mail on the Creditor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

| | |
|---|---|
| Henry Weinstein<br>37 Maple Avenue<br>Cedarhurst, NY 11516 | via ECF and First Class Mail |
| New City Funding Corp.<br>PO Box 121<br>Stony Point, NY 10980 | via ECF and First Class Mail |
| Rushmore Loan Management<br>PO Box 52708<br>Irvine, CA 92619 | via ECF and First Class Mail |
| Suffolk County Water<br>2045 Route 1112, Suite 5<br>Coram, NY 11727 | via ECF and First Class Mail |
| US Bank NA as Legal Title Trustee<br>200 Business Park Drive<br>Armonk, NY 10504 | via ECF and First Class Mail |
| U.S. Internal Revenue Service<br>PO Box 804527<br>Cincinnati, OH 45280-4527 | via ECF and First Class Mail |
| AMCMA<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523 | via ECF and First Class Mail |
| American Medical Collection<br>4 Westchester Plaza | via ECF and First Class Mail |

Elmsford, NY 10523

Credit Collections Services                    via ECF and First Class Mail
725 Canton Street
Norwood, MA 02062

Credit One Bank                                via ECF and First Class Mail
PO Box 60500
City of Industry, CA 91715

Excluder Security Systems                      via ECF and First Class Mail
PO Box 1286
Massapequa, NY 11758

Fazzio Law Offices                             via ECF and First Class Mail
164 Franklin Turnpike
Mahwah, NJ 07430

Joyce Ciccone                                  via ECF and First Class Mail
9337 Santa Monica Way
New Port Richey, FL 34655

Lennox Hill Hospital                           via ECF and First Class Mail
co-Automated Financial
4505 Veterans Mem. Hwy, Ste H
Lake Ronkonkoma, NY 11779

LI Anesthesiologist                            via ECF and First Class Mail
3 Boyle Road
Selden, NY 11784

Linda Cerami                                   via ECF and First Class Mail
107 Laurel Street
Patchogue, NY 11772

Mullen & Iannarone PC                          via ECF and First Class Mail
300 East Main Street
Smithtown, NY 11787

NY State Dept. of Taxation                     via ECF and First Class Mail
NYS Assessment Receivables
PO Box 4127
Binghamton, NY 13902-4127

National Grid                                  via ECF and First Class Mail
PO Box 11791
Newark, NJ 07101

Optimum Cable Vision                           via ECF and First Class Mail
1111 Stewart Ave.
Bethpage, NY 11714

PSEG-LI                                        via ECF and First Class Mail
PO Box 888
Hicksville, NY 11802

Quest Diagnostics  
PO Box 7308  
Hollister, MO 65673-7308

via ECF and First Class Mail

Stewart Brody DDS  
c-o Richard Sokoloff Esq.  
900 S. 2nd Street, Suite 1  
Ronkonkoma, NY 11779

via ECF and First Class Mail

|  |  |  |
|---|---|---|
|  |  | FAZZIO LAW OFFICES |
| Date: 06/21/2018 | BY: | /s/ John P. Fazzio III, Esquire |
|  |  | Fazzio Law Offices |
|  |  | 164 Franklin Tpke |
|  |  | Mahwah, NJ 07430 |
|  |  | Tel. 201-529-8024 |
|  |  | *Attorney for Debtor* |