UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                      Chapter   11

    DOREEN HOFFMAN,                                          Case No. 8-18-72852-reg

                    Debtor(s)
-----------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

163 Roe Avenue, Patchogue, NY 11272
_____
                                       *[Identify the Property]*
x 5895
_____
                              *[Last 4 Digits of Loan Number]*
Rushmore Loan Management, PO Box 52708, Irvine, CA 92619
_____
                              *[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: /s/ Doreen Hoffman_____     Date: June 22_____, 2018____
Print Name: DOREEN HOFFMAN
                              *[First and Last Name]*
Telephone Number: 631-464-6304
                              *[i.e. 999-999-9999]*
E-mail Address [if any]: dhoffman15@gmail.com

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **EASTERN DISTRICT OF NEW YORK** |  |
| Thaddeus R. Maciag, Esq. <br> MACIAG LAW, LLC <br> 475 Wall Street <br> Princeton, New Jersey 08540 <br> (908) 704-8800 <br><br> *Proposed Co-counsel for the Debtor-in-Possession* |  |
| In re: <br><br> DOREEN HOFFMAN, <br><br> Debtor-in-Possession. | Case No.: 8-18-72852-reg <br><br> Chapter 11 <br><br> Judge: Hon. Robert E. Grossman |

### DEBTOR'S DECLARATION
### IN SUPPORT OF REQUEST FOR LOSS MITIGATION

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF SUFFOLK    )

I, DOREEN HOFFMAN, declare as follows:

1. I am the individual Chapter 11 Debtor-in-Possession in this case, and as such I am familiar with the facts of this Declaration, which I submit in support of my Request for Loss Mitigation, as filed herewith.

2. My residence is located at 163 Roe Avenue, Patchogue, New York 11772 . I believe it would be in the best interest of creditors and the debtor's estate to pursue a Loan Modification for that real property, amid the structure and supervision afforded by this Court's Loss Mitigation Procedures.

3. I am prepared to comply with the requirements of the Loss Mitigation Program

Procedures, I am eager to enter into and conclude a good faith Loan Modification process, and I respectfully submit that the entry of a Loss Mitigation Order by this Court will enable that process, and will be in the best interest of all parties.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2018

/s/ Doreen Hoffman
Doreen Hoffman
Debtor-in-Possession