UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In Re:                                                    Chapter   11

DOREEN HOFFMAN,                                           Case No. 8-18-72852-reg

                Debtor(s)
------------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

163 Roe Avenue, Patchogue, NY 11272
_____
               *[Identify the Property]*

x 5895
_____
          *[Last 4 Digits of Loan Number]*
Rushmore Loan Management, PO Box 52708, Irvine, CA  92619
_____
         *[Creditor's Name and Address]*


**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: /s/ Doreen Hoffman_____   Date: June 22_____, 2018____

Print Name: DOREEN HOFFMAN_____
                    *[First and Last Name]*
Telephone Number: 631-464-6304_____
                    *[i.e. 999-999-9999]*
E-mail Address [if any]: dhoffman15@gmail.com_____


Case 8-18-72852-reg    Doc 21    Filed 07/16/18    Entered 07/16/18 16:35:03

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Thaddeus R. Maciag, Esq.
MACIAG LAW, LLC
475 Wall Street
Princeton, New Jersey 08540
(908) 704-8800

*Proposed Co-counsel for the Debtor-in-Possession*

In re:

    DOREEN HOFFMAN,

        Debtor-in-Possession.

Case No.: 8-18-72852-reg

Chapter 11

Judge: Hon. Robert E. Grossman

## DEBTOR'S DECLARATION
## IN SUPPORT OF REQUEST FOR LOSS MITIGATION

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF SUFFOLK   )

I, DOREEN HOFFMAN, declare as follows:

1. I am the individual Chapter 11 Debtor-in-Possession in this case, and as such I am familiar with the facts of this Declaration, which I submit in support of my Request for Loss Mitigation, as filed herewith.

2. My residence is located at 163 Roe Avenue, Patchogue, New York 11772 . I believe it would be in the best interest of creditors and the debtor's estate to pursue a Loan Modification for that real property, amid the structure and supervision afforded by this Court's Loss Mitigation Procedures.

3. I am prepared to comply with the requirements of the Loss Mitigation Program

Procedures, I am eager to enter into and conclude a good faith Loan Modification process, and I respectfully submit that the entry of a Loss Mitigation Order by this Court will enable that process, and will be in the best interest of all parties.

Pursuant to 28 U.S.C section 1746, I declare under the penalty of perjury that the foregoing is true and correct.

/s/ Doreen Hoffman
Doreen Hoffman
Debtor-in-Possession

Dated: June 22, 2018

IN THE UNITED STATES BANKRUPTCY
COURT FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Doreen Hoffman<br><br>Debtor(s) | Chapter 11<br><br>Bankruptcy Case: 18--72852 |

## AFFIDAVIT OF SERVICE

I, Michael Timpone, hereby affirm, under the penalty of perjury, that a true and correct copy of the within Loss Mitigation Request and Debtor's Declaration in Support of Request for Loss Mitigation together with this Certificate, was sent by first class, postage prepaid mail on the Creditor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Rushmore Loan Management                              via ECF and First Class Mail
15480 Laguna Canyon Road
Irvine, CA 92618


                                        FAZZIO LAW OFFICES

Date: 07/16/2018           BY:          /s/ Michael Timpone
                                        Fazzio Law Offices
                                        164 Franklin Tpke
                                        Mahwah, NJ 07430
                                        Tel. 201-529-8024
                                        *Attorney for Debtor*