# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 8/1/2018 |
| Case: 8−18−72852−reg | Form ID: pdf000 | Total: 7 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Rushmore Loan Management Services, LLC as servicing agent for U.S. Bank, National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          USTPRegion02.LI.ECF@usdoj.gov
aty         Courtney R. Williams           cwilliams@grosspolowy.com
aty         John P. Fazzio                 jfazzio@fazziolaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Doreen Hoffman       163 Roe Avenue       Patchogue, NY 11772
aty         John Fazzio      Fazzio Law      26 Broadway      21st Floor      New York, NY 10004
9258018     Rushmore Loan Management      PO Box 52708      Irvine, CA 92619

TOTAL: 3