# FAZZIO LAW OFFICES

164 Franklin Turnpike
Mahwah, NJ 07430
P: (201) 529-8024
F: (201) 529-8011

John P. Fazzio, III **
Leslie Pheiffer*
Zoltan Simon, II+
Zubin Haghi *

**PLEASE SEND CORRESPONDENCE
TO THE MAHWAH OFFICE**

**New York Office**
26 Broadway, 21st Floor
New York, NY 10004

** Also Member of NY & PA
+ Member of NY Only
* Member of NJ Only

September 13, 2018

Clerk of the United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

Re:    Case Number 18-72852-reg

   **Adjournment Request**

Dear Clerk,

   Please allow this correspondence to serve as our formal request to adjourn the upcoming status conference and the hearings for the pending Motion to Employ and Motion to Set Proof of Claim Date currently scheduled for September 17, 2018 to September 24, 2018 at 1:30 pm.

   This adjournment will allow the conference and aforementioned pending motions to be heard at the same time as Rushmore Loan Management's pending motion for Termination of Automatic Stay, therefore serving the interests of judicial economy.

   Thank you very much for the Court's consideration of this request.

Very truly yours,

/s/ *John P. Fazzio*
JOHN P. FAZZIO, ESQ.
FOR THE FIRM