UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x   Case No. 8-18-72852 (reg)
In re

**DOREEN HOFFMAN,**

Chapter 11

Debtor.
-----------------------------------------------------------x

# ORDER CONVERTING CHAPTER 11 TO CASE
# UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

The Office of United States Trustee having moved on December 19, 2018 by notice of motion seeking entry of an order under 11 U.S.C. §1112(b) dismissing the chapter 11 case of Doreen Hoffman (the "Debtor"), or alternatively, converting the Debtor's case to a case under chapter 7 of the Bankruptcy Code (the "Motion"); and the Motion having come before the Honorable Robert E. Grossman on the 7th day of January 2019; and the Debtor having appeared by Fazzio Law, John P. Fazzio, III, Esq., of counsel; and Rushmore Loan Management Services, LLC, having appeared by its counsel, Gross Polowy, LLC, Deborah Turofsky, Esq., of counsel; and the United States Trustee having appeared by Christine H. Black, Esq., in support of the Motion; and Notice of the Motion having been appropriate and after hearing those parties whose appearances are noted on the record; and after due deliberation and for good cause shown for the

reasons set forth on the record, it is hereby

**ORDERED,** that the based upon the Debtor's consent, the Motion is granted and the Debtor's case is converted to a case under chapter 7 of the Bankruptcy Code.



|  |  |
|---|---|
| **Dated: Central Islip, New York**<br>**January 9, 2019** | _____<br>**Robert E. Grossman**<br>**United States Bankruptcy Judge** |