

**U.S. Department of Justice**

Office of the United States Trustee
*Eastern District of New York (Central Islip Division)*

*Alfonse M. D'Amato Federal Courthouse*  Telephone: *(631) 715-7800*
*560 Federal Plaza*  Fax: *(631) 715-7777*
*Central Islip, New York 11722-4456*

## *CONVERTED CASE MEMORANDUM*

TO:  Case Administration- Judge Team for Robert E. Grossman

FROM:  William K. Harrington
United States Trustee

PREPARED BY:  Joann Lomangino

DATE:  January 9, 2019

RE:  Appointment of Chapter 7 Trustee – Converted Case From Chapter **11** to Chapter **7**- And Scheduling of Section 341(a) Meeting to be noticed by Clerk's Office

The below listed case has been reviewed.

Andrew M. Thaler has been selected as interim trustee for this case.   His address is c/o **Thaler Law Firm PLLC, 675 Old Country Road    , Westbury, New York 11590**

The 341 (a) meeting for the case will be held at 560 Federal Plaza, Room 561, Central Islip, New York 11722, on February 7, 2019 at 10:00 a.m.

### *CONVERTED CHAPTER 11 CASE TO CHAPTER 7 ASSET CASE*

**Doreen Hoffman**            **8-18-72852-reg**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In Re:**

      **Doreen Hoffman**　　　　　　　　　　　　　　**8-18-72852-reg**

      **Debtor.**

———————

**APPOINTMENT OF INTERIM TRUSTEE AND**
**DESIGNATION OF REQIRED BOND**

———————

     Andrew M. Thaler of Westbury, New York, is hereby appointed, pursuant to 11 U.S.C. 701(a) as interim Trustee for the estate(s) of the above named debtor(s).  <u>See</u> 11 U.S.C. 701(c).  If no trustee is elected, you shall serve as the Trustee in this case by operation of law.  11 U.S.C. 702(d).

     The amount of your bond is covered by the bond of Interim Trustees in Chapter 7 cases issued by Liberty Mutual Insurance Company which is on filed with the Office.  <u>See</u> 11 U.S.C. 322(a) Federal Rules of Bankruptcy Procedure 2010(a).  In addition, because your blanket acceptance of appointment is on file (FRBP 2008; FRBP 2010(a)), you are required to notify the undersigned in writing within five (5) business days after receipt of this notice only in the event you reject this appointment.

Dated:   Central Islip, New York
           January 9, 2019

                                      WILLIAM K. HARRINGTON
                                      UNITED STATES TRUSTEE

                    By:    <u>*/s/ Christine H. Black*</u>
                           Christine H. Black
                           Assistant United States Trustee
                           Long Island Federal Courthouse
                           560 Federal Plaza
                           Central Islip, New York 11722
                           Tel. No. (631) 715-7800