UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____

In Re:

Doreen Hoffman

        Debtor.

_____

**ORDER**
Case No.: 18-72852-reg
(Chapter 11)

Assigned to:
Hon. Robert E. Grossman
Bankruptcy Judge

    Rushmore Loan Management Services, LLC as servicing agent for U.S. Bank, National Association as Legal Title Trustee for Truman 2013 SC3 Title Trust, a secured creditor of Debtor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 163 Roe Avenue, East Patchogue, NY 11772-5739, of which the Debtor is the owner of record, and

    The motion having come to be heard before this Court and no opposition having been submitted by the Chapter 11 Trustee, by the U.S. Trustee, or by John Fazzio, Esq., Counsel for the Debtor, and due deliberation having been had, now

    Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated 18th day of July, 2018, and proof of service upon all necessary parties, upon motion of the Office of Gross Polowy, LLC, it is hereby

    ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 163 Roe Avenue, East Patchogue, NY 11772-5739; and it is further

    ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.



Dated: Central Islip, New York
      February 28, 2019

_____
    **Robert E. Grossman**
    **United States Bankruptcy Judge**